

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00418-CV

| | | |
|---|---|---|
| In the Interest of E.A., Jr., A Child | § | From the 323rd District Court |
| | § | of Tarrant County (323-92976J-10) |
| | § | March 28, 2013 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We modify the trial court's judgment to delete finding number 9.1. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By_____
Justice Lee Ann Dauphinot